## HUFF v. STATE.
### No. 20827.

Court of Criminal Appeals of Texas.

Feb. 7, 1940.

A. F. Nossoman and R. G. Baker, both of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for having in possession whisky in a container to which no tax stamp was affixed; punishment assessed at six months in jail.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.